Richard J. Meier, *pro hac vice*
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rjm@legalhelpers.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Martha Bibat, | Case No. 1:09-cv-01178-LJO-SMS |
| Plaintiff, | |
| v. | |
| Global Credit & Collection Corporation, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in 20 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier, *pro hac vice*
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Tel: 1.866.339.1156
    Fax: 1.312.822.1064
    rjm@legalhelpers.com
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*