UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BIBAT,<br><br>           Plaintiff,<br><br>   vs.<br><br>GLOBAL CREDIT &<br>COLLECTION CORP., et al.,<br><br>           Defendant.<br>                                      / | CASE NO. CV F 09-1178 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

       Plaintiff'S counsel has filed a notice of settlement. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than November 6, 2009, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

       This Court VACATES all court dates and pending matters, including the October 21, 2009 scheduling conference.

       Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

       IT IS SO ORDERED.

**Dated:   October 15, 2009**                /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE