1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   MARTHA BIBAT,                              CASE NO. CV-F-09-1178 LJO SMS

10                      Plaintiff,          **ORDER TO DISMISS AND CLOSE**
            vs.
11
    GLOBAL CREDIT AND COLLECTION
12  CORPORATION,

13                      Defendant.
    _____ /
14

15         On November 4, 2009, the parties filed a notice of voluntary dismissal with prejudice in the

16  above-titled action.  Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED.  All dates are

17  VACATED.  The clerk is directed to CLOSE to action.

18  IT IS SO ORDERED.

19  **Dated:    November 5, 2009**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28